IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PATRICIA GONZALEZ, on behalf of herself and all other persons similarly situated, known and unknown,<br><br>Plaintiff,<br><br>v.<br><br>JOKAT CO., INC., PMA MCD, INC. and PHILIP FUENTES, Individually,<br><br>Defendants. | Case No. 05 C 4046<br><br>Judge Manning |

## NOTICE OF CONSENT TO BECOME A PARTY PLAINTIFF AND PARTICIPATE IN THE SETTLEMENT OF A LAWSUIT TO RECOVER OVERTIME WAGES UNDER THE FAIR LABOR STANDARDS ACT

I hereby elect to become a Plaintiff and to participate in the settlement as negotiated by the Parties in the above captioned case against the named Defendants under the Fair Labor Standards Act. I understand that by choosing to join this Lawsuit as a Plaintiff, I will be bound by the settlement of this case and all claims will be resolved in accordance with the Parties' Settlement Agreement and Release, a copy of which has been provided to me and I have reviewed. I designate Plaintiff's counsel of record, Christopher J. Williams and Douglas M. Werman, to act as my attorneys in this case.

My name is: __Josue Sis__
*Please Print Name*

My address is: __5354 W. Wellington__
*Street Address*

__Chicago IL 60641__
*City, State, Zip Code*

My telephone number is: __708-762-6399__

My Signature: __Josue Sis__
*Please Sign Name*

Date on which I signed this Notice: __6/16/06__
*Today's Date*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

PATRICIA GONZALEZ, on behalf of  )
herself and all other persons similarly  )
situated, known and unknown,  )
)
Plaintiff,  )
)  Case No. 05 C 4046
v.  )
)  Judge Manning
JOKAT CO., INC., PMA MCD, INC. and  )
PHILIP FUENTES, Individually,  )
)
Defendants.  )

## NOTIFICACION DE CONSENTIMIENTO PARA CONVERTIRSE EN PARTE DEMANDANTE Y PARTICIPAR EN LA LIQUIDACION DE UNA DEMANDA PARA RECUPERAR SALARIO DE TIEMPO EXTRA BAJO LA ACTA DE NORMAS JUSTAS DE TRABAJO

Yo por la presente elijo convertirme en Demandante y participar en la liquidación como negociada por las Partes en el caso encabezado arriba en contra de los Demandados nombrados bajo la Acta de Normas Justas de Trabajo. Yo entiendo que al elegir unirme a esta Demanda como Demandante yo estaré sujeto por la liquidación de este caso y todos los reclamos serán resueltos de acuerdo al Acuerdo de Liquidación y Cesión de las Partes, una copia la cual me ha sido dada y la cual he revisado. Yo designo a los abogados registrados del Demandante, Christopher J. Williams y Douglas M. Werman, para que actúen como mis abogados en este caso.

Mi nombre es: _Felipe Herreja_
*Por favor escriba nombre en letra de molde*

Mi domicilio: _2620 S Sawyer_
*Calle domiciliar*

_Chicago IL (60623)_
*Ciudad, Estado, Código Postal*

Mi número de teléfono es: _773 559 2843_

Mi firma: _Felipe Herreja_
*Por favor firme su nombre*

Fecha en que firme esta Notificación: _6-6-06_
*Fecha de hoy*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PATRICIA GONZALEZ, on behalf of herself and all other persons similarly situated, known and unknown, <br><br> Plaintiff, <br><br> v. <br><br> JOKAT CO., INC., PMA MCD, INC. and PHILIP FUENTES, Individually, <br><br> Defendants. | Case No. 05 C 4046 <br><br> Judge Manning |

## NOTIFICACION DE CONSENTIMIENTO PARA CONVERTIRSE EN PARTE DEMANDANTE Y PARTICIPAR EN LA LIQUIDACION DE UNA DEMANDA PARA RECUPERAR SALARIO DE TIEMPO EXTRA BAJO LA ACTA DE NORMAS JUSTAS DE TRABAJO

Yo por la presente elijo convertirme en Demandante y participar en la liquidación como negociada por las Partes en el caso encabezado arriba en contra de los Demandados nombrados bajo la Acta de Normas Justas de Trabajo. Yo entiendo que al elegir unirme a esta Demanda como Demandante yo estaré sujeto por la liquidación de este caso y todos los reclamos serán resueltos de acuerdo al Acuerdo de Liquidación y Cesión de las Partes, una copia la cual me ha sido dada y la cual he revisado. Yo designo a los abogados registrados del Demandante, Christopher J. Williams y Douglas M. Werman, para que actúen como mis abogados en este caso.

Mi nombre es: _Micaela_
*Por favor escriba nombre en letra de molde*

Mi domicilio: _2620 S Sawyer_
*Calle domiciliar*

_Chicago  IL  60623_
*Ciudad, Estado, Código Postal*

Mi número de teléfono es: _____

Mi firma: _Micaela Diego_
*Por favor firme su nombre*

Fecha en que firme esta Notificación: _6-6-06_
*Fecha de hoy*

CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that true and correct copies of the foregoing **Josue Sis, Micaela Diego and Felipe Herrera's Notice of Consent to Become a Party Plaintiff and Participate in the Settlement of a Lawsuit to Recover Overtime Wages Under the Fair Labor Standards Act** were served via electronic mail on June 29, 2006 on:

James F. Botana
Neil H. Dishman
Jackson Lewis, LLP
320 W. Ontario Street, Suite 500
Chicago, IL 60610

_____
Christopher J. Williams